[No. 24356-0-I.   Division One.   November 4, 1991.]

THE CITY OF SEATTLE, *Respondent,* v. LESLIE RIGGINS, *Petitioner.*

By an order of the Court of Appeals dated March 9, 1993, the opinion in the above captioned case which appears at 63 Wn. App. 313-23 has been withdrawn and the appeal dismissed.